UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SELWYN ICANGELO,

                    Plaintiff,

        -against-

VINCENT F. DEMARCO, CHARLES
EWALD, JOSEPH T. CARACAPPA,
JOHN P. MEYERRICKS, each in their
individual and official capacity,

                    Defendants.
----------------------------------------------------------------X

**ORDER**
12-CV-4822 (SJF)(ARL)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ OCT 12 2012 ★

LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

On September 24, 2012, incarcerated pro se plaintiff Selwyn Icangelo ("plaintiff") commenced this action pursuant to 42 U.S.C. § 1983 against Vincent F. DeMarco, Charles Ewald, Joseph T. Caracappa and John P. Meyerricks. The complaint is accompanied by an application to proceed in forma pauperis.

Upon review of plaintiff's declaration in support of his application to proceed in forma pauperis, the Court finds that plaintiff's financial status qualifies him to commence this action without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff's application to proceed in forma pauperis is GRANTED.

The Clerk of Court is directed to forward copies of the summons, complaint and this Order to the United States Marshals Service for service upon the defendants without prepayment of fees, and to serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure by mailing a copy of this Order to the pro se plaintiff at his last known address, see Fed. R. Civ. P. 5(b)(2)(c).

**SO ORDERED.**

                                                  s/ Sandra J. Feuerstein
                                                  _____
                                                  Sandra J. Feuerstein
                                                  United States District Judge

Dated: October 12, 2012
Central Islip, New York