DIF

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ SEP 11 2013 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SELWYN ICANGELO,

                Plaintiff,

                                                                  **ORDER**
-against-                                               12-CV-4822 (SJF)(ARL)

VINCENT F. DEMARCO, et al.,

                Defendants.
----------------------------------------------------------------X

FEUERSTEIN, J.

        On September 24, 2012, pro se plaintiff Selwyn Icangelo ("plaintiff") commenced this action alleging, inter alia, that his constitutional rights were violated by the serving of food at Suffolk County Correctional Facility that fails to "meet the proper 'standards' of Halal (Righteous or Islamic Standard and Conditions)." [Docket Entry No. 1]. On December 28, 2012, Magistrate Judge Arlene R. Lindsay entered an order directing plaintiff "to prepare a written narrative statement of the facts plaintiff currently anticipates presenting at trial" and to "send a copy of this statement to counsel for defendants and file a copy with the Court . . . by February 11, 2013." [Docket Entry No. 14]. To date, plaintiff has not filed a narrative statement as directed. On July 9, 2013, the Court issued an order directing plaintiff to show cause why the complaint should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) by filing written objections with this Court no later than Friday August 9, 2013 at 5:00 p.m. [Docket Entry No. 22]. The Court warned plaintiff that if no objections are filed, the case will be dismissed with prejudice. Id.

        To date, plaintiff has failed to file a narrative statement as required by Magistrate Judge Lindsay's order dated February 11, 2013 or an objection in response to the Court's order to show

cause dated July 9, 2013. Therefore, the complaint is dismissed with prejudice. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

                                                  s/ Sandra J. Feuerstein
                                                  Sandra J. Feuerstein
                                                  United States District Judge

Dated: September 11, 2013
       Central Islip, New York